1

2

3

4

5

6

        The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

8

9

10

11

12

13

14

15

JESSICA BRUNELLE, an individual; and
JONATHAN ADELSTEIN, an individual,

        Plaintiffs,

    v.

PEACEHEALTH, a Washington nonprofit
corporation; and ROBERT AXELROD, an
individual,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 3:22-cv-05499

**ORDER GRANTING DEFENDANT
ROBERT AXELROD'S UNOPPOSED
MOTION FOR EXTENSION OF
TIME TO ANSWER PLAINTIFF'S
COMPLAINT**

NOTE ON MOTION CALENDAR:
JANUARY 23, 2023

16

17

      This matter comes before the Court on Defendant Robert Axelrod's Unopposed Motion for

Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Motion").

18

19

20

21

22

23

24

**DUNN CARNEY, LLP**
Attorneys at Law
851 SW Sixth Avenue, Suite 1500
Portland, OR 97204-1357
503.224.6440 / Fax: 503.224.7324

1                                **ORDER**

2          Being fully advised in this matter, NOW THEREFORE, IT IS HEREBY ORDERED,

3    ADJUDGED, AND DECREED that Defendant's Motion is GRANTED. Defendant's time to file

4    its response to Plaintiff's Jessica Brunelle and Jonathan Adelstein's Complaint is hereby extended

5    until February 9, 2023.

6

7          Dated this 23rd of January, 2023.

8

9

10

11    _____

12    The Honorable Benjamin H. Settle
      UNITED STATES DISTRICT JUDGE

13

14

15

16

17   Presented by:

18   Dunn Carney LLP
     *Attorneys for Defendant Robert Axelrod*

19

20   By: */s/ Allyson S. Krueger*
          Allyson S. Krueger, WSB No.26877
21        851 SW Sixth Avenue, Suite 1500
          Portland, Oregon 97204
22        Phone: 503-224-6440
          Email: akrueger@dunncarney.com
23

24

ORDER GRANTING MOTION FOR EXTENSION OF              **DUNN CARNEY, LLP**
TIME - 2                                                Attorneys at Law
Case No. 3:22-05499                              851 SW Sixth Avenue, Suite 1500
                                                     Portland, OR 97204-1357
DCAPDX\4542455.v1                              503.224.6440 / Fax: 503.224.7324